

# Fourth Court of Appeals
## San Antonio, Texas

December 23, 2021

No. 04-21-00544-CV

**IN THE INTEREST OF B.C.S.,** a Child,

From the 285th Judicial District Court, Bexar County, Texas
Trial Court No. 2020-PA-01057
Honorable Linda A. Rodriguez, Judge Presiding

## O R D E R

The reporter's record was originally due to be filed on December 20, 2021. To date, the court reporter responsible for preparing the record has neither filed the record nor a notification of late record. This is an accelerated appeal of an order terminating the appellant's parental rights. Consequently, each extension of the deadline to file the reporter's record must not exceed 10 days, *see* TEX. R. APP. P. 35.3(c); cumulative extensions must not exceed 30 days, absent extraordinary circumstances, *see id.* R. 28.4(b)(2); and this appeal must be disposed of by this court within 180 days of the date the notice of appeal was filed, *see* TEX. R. JUD. ADMIN. 6.2. Given the time constraints governing the disposition of this appeal, we ORDER the court reporter to file the reporter's record in this court no later than **December 30, 2021**. Requests for extensions of time will be disfavored.

_____
Rebeca C. Martinez, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 23rd day of December, 2021.

_____
MICHAEL A. CRUZ, Clerk of Court